

FILED
05/07/2024
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: PR 24-0003

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0003

_____

IN RE PETITION OF HAILEY EMILIA
HITCHCOCK TO SUBMIT LATE APPLICATION        O R D E R
TO TAKE THE BAR EXAM

_____

Hailey Emilia Hitchcock has filed a petition for leave to submit a late application to take the Montana Bar Examination administered in July 2024. Hitchcock's petition establishes good cause for the request. However, Hitchcock must also comply with all other applicable Rules of Admission, including character and fitness certification, in sufficient time to ultimately be able to sit for the examination. Therefore,

IT IS HEREBY ORDERED that the petition of Hailey Emilia Hitchcock for leave to submit a late application to take the Montana Bar Examination in July 2024 is GRANTED, subject to satisfactory completion of all other exam prerequisites. The application should be submitted to the State Bar of Montana no later than May 14, 2024.

The Clerk shall provide copies of this order to the Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 7 day of May, 2024.

_____
Chief Justice

_____

_____

_____

FILED

MAY - 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____
Justices